| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Rawsthorne | Telephone: (810) 766-5177 |
|---|---|---|
| | Special Agent: Ross, ATF | Telephone: (810) 341-5710 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Jerry Jamar McClain,

Case: 4:25-mj-30184
Judge: Ivy, Curtis
Filed: 03-27-2025

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 21, 2025__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |
| 21 U.S.C. § 841(a) | Possession with intent to distribute a controlled substance |

This criminal complaint is based on these facts:

There is probable cause to believe that on or about March 21, 2025, in the Eastern District of Michigan, Jerry McClain violated 18 U.S.C. § 922(g)(1)(felon in possession of a firearm) & 21 U.S.C. § 841(a) (possession with intent to distribute a controlled substance ).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Stephen Ross, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __March 27, 2025__

_____
*Judge's signature*

City and state: __Flint, MI__

Hon. Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Stephen N. Ross, being duly sworn, hereby depose and state as follows:

1. I have been employed as a special agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice, since September 2015, and am currently assigned to the Flint Field Office. I am a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment as a federal law enforcement officer, I have conducted and participated in numerous criminal investigations focused on illegal firearms and armed drug trafficking violations.

2. The facts in this affidavit come from my personal knowledge, knowledge obtained during my participation in this investigation from other individuals including other law enforcement officers, as well as my review of reports and computer records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, it does not set forth each and every fact that I or others have learned during the course of this investigation.

3. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that Jerry McClain has violated Title 18 United States Code Section 922(g)(1), felon in possession of a firearm and 21 United States Code Section 841(a), possession with intent to distribute a controlled substance.

4.     On March 20, 2025, Detective Nick Jones, a member of the Flint Area Narcotics Group, drafted a search warrant for a residence in Flint, Michigan, 48505.  The search warrant was approved and authorized by 67th District Court Judge, Helen Davis.

5.     On March 21, 2025, members from the Flint Area Narcotics Group (FANG) executed a search warrant at a residence in Flint, Michigan.  During the search of the residence, law enforcement officers located 15.5 grams of crack cocaine, 2,163.7 grams of crystal methamphetamine, 409 grams of fentanyl, 3.5 grams of suspected ecstasy pills, 4.2 grams of suspected heroin, and 25.5 grams of unknown blue powder. Three firearms with ammunition (one stolen), and $44,988.00 in U.S. currency was seized from the residence. McClain and his girlfriend were living at the residence and were the only ones present during the search.  Below is where each item was located:

- Ziplock bag containing multiple knot lied baggies of crystal methamphetamine. This item was located on kitchen floor inside a black safe.

- Knot tied baggie containing crack cocaine. This item was located on kitchen floor inside a black safe.

- Ziplock baggie containing fentanyl pills. This item was located on kitchen floor inside a black safe.

- Clear plastic baggie containing Fentanyl. This item was located on kitchen floor inside a black safe.

- 12.9 grams of crystal methamphetamine. This item was located on kitchen table in a red solo cup.

- clear pills containing fentanyl. This item was located on kitchen table in a red solo cup.

- black digital scale with white residue on it. This item was located on kitchen table.

- clear plastic baggie containing fentanyl. This item was located on kitchen table in red solo cup.

- $1,575.00 in different denominations. This item was located in N/E bedroom in the wallet of black jeans.

- $276.00 in different denominations. This item was located in the northeast bedroom in black jogging pants.

- 4.2 grams of suspect heroin inside a knot tied baggie. This item was located in the northeast bedroom on dresser.

- Purple SCCY, pistol, 9mm loaded, Serial #C140130 (stolen out of the city of Flint). The pistol was loaded. This item was located in northwest bedroom in a closet inside a blue box.

- Red Rock Island Armory, pistol, .45 caliber pistol loaded. Serial #1018262 This pistol was loaded. This item was located by Det. Davis in northwest bedroom in a closet inside a blue box.

- Knot tied baggie containing fentanyl pills. This item was located by Det. Davis in bowl on half wall in the kitchen.

- Knot tied bag containing crystal methamphetamine. This item was located on kitchen floor in a black safe.

- Black Glock, pistol, model 32, .357 caliber loaded with serial #BVAY343. The pistol was loaded. This item was located inside a Nissan Sentra parked in the driveway of the residence under the passenger seat.

- Knot tied baggie containing multiple multicolored pills suspected to be ecstasy. This item was located inside a Nissan Sentra inside the center counsel.

- 30.5 grams of Fentanyl. This item was located on kitchen chair on plate.

- Mail Addressed to Jerry McClain. This item was located in hallway closet on the shelf

- $34,380.00 in different denominations. This item was located in N/W bedroom inside a safe.

-$8,757.00 in different denominations. This item was located under a coffee table in the living room.

- baggie containing unknown blue powdery substance. This item was located in a shoe box in the basement.

6. The above narcotics were tested with TruNarc by Detective Nick Jones and all substances tested positive for the substance they represented.

7. I conducted a check in the Michigan Law Enforcement Information Network which confirmed that McClain's registered addressed on his driver's license was listed at the address where the search warrant was executed.

8. I conducted an additional check in the Michigan Law Enforcement Information Network which confirmed that Gerald Benson was a convicted felon and had the following conviction.

    2000- **FELONY CONVICTION-** DEL/MAN Controlled Substances.
    2002- **FELONY CONVICTION-** DEL/MAN Controlled Substances.
    2006- **FELONY CONVICTION-** Felony Weapons.

9. According to Special Agent Dustin Hurt, Interstate Nexus Expert, the above firearms recovered in the state search warrant were not manufactured in the state of Michigan.

_____
Stephen N. Ross, Affiant
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on this 27th day of March, 2025.

_____
HON. CURTIS IVY, JR.
United States Magistrate Judge